IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                      PLAINTIFF

v.                          No. 5:19-cv-101-DPM

PAMELA COOK,
Sergeant, Varner Supermax                                        DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 28, and overrules Scott's objections, № 29. FED. R. CIV. P. 72(b)(3). Scott's grievance itself stated that he'd set his cell on fire—not just on June 6th, but on three occasions. № 21-1. That amounts to "some evidence" supporting Cook's disciplinary action. Scott's retaliation claim therefore fails. *Hartsfield v. Nichols*, 511 F.3d 826, 829 (8th Cir. 2008). His motion for summary judgment, № 17, is denied; and Cook's cross-motion for summary judgment, № 20, is granted. Scott's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 January 2020