# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                          PLAINTIFF

v.                          No. 5:19-cv-101-DPM

PAMELA COOK,
Sergeant, Varner Supermax                                            DEFENDANT

## JUDGMENT

Scott's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 January 2020